UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 1:22-cr-230   (RC) |
| | : | |
| **ADAM LEJAY JACKSON,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |
| | : | |
| | : | |
| | : | |

## UNITED STATES' NOTICE OF FILING OF EXHIBITS PURUSANT TO LOCAL CRIMINAL RULE 49

The United States of America, through the undersigned, hereby gives this Notice, pursuant to Local Criminal Rule 49, of the following exhibits that were provided to the Court and Defense Counsel via USAfx on March 19, 2024, in relation to its Sentencing Memorandum (ECF No. 80). These exhibits may be offered into evidence during the sentencing hearing scheduled for March 21, 2024.  In as much as they are videos, they are not in a format that readily permits electronic filing on CM/ECF.

The proposed exhibits are as follows:

1. Government Exhibit 1 is a video made by Brian Jackson on the West Plaza of the United States Capitol.  It shows Adam Jackson talking to a rioter heavily outfitted in tactical military gear on the afternoon of January 6, 2021.  The video is approximately 1 minute and 7 seconds long.

2. Government Exhibit 2 is a video made by Adam Jackson while on top of a ladder.  It depicts events at the mouth of the Lower West Terrace tunnel and a nearby

window of the U.S. Capitol on the afternoon of January 6, 2021. The video is 3 minutes and 55 seconds long.

3. Government Exhibit 3 is a video depicting events at the Lower West Terrace tunnel of the U.S. Capitol building at approximately 4:57 PM on January 6, 2021. The video is approximately 1 minute and 33 seconds long. It shows a close-up view of Adam Jackson throwing a large traffic cone at officers in the tunnel and then ramming them with a police shield.

4. Government Exhibit 4 is a gettyimages video depicting events at the Lower West Terrace tunnel of the U.S. Capitol building at approximately 4:57 PM on January 6, 2021. The video is approximately 1 minute and 41 seconds long. It shows a more distant rear view of Adam Jackson throwing a large traffic cone at officers in the tunnel and then ramming them with a police shield.

5. Government Exhibit 5 is the BWC video of an MPD officer depicting events inside the Lower West Terrace tunnel of the U.S. Capitol building at approximately 4:57 PM on January 6, 2021. The video is approximately 1 minute and 21 seconds long. It shows officers on the ground as a result of Adam Jackson ramming the police line.

The United States has no objection to these videos being made publicly available, should application be made for their release.

                              Respectfully submitted,

                              MATTHEW M. GRAVES
                              United States Attorney
                              D.C. Bar No. 481052

By:  */s/ David J. Perri*
       David J. Perri
         WV Bar Number: 9219
       Assistant United States Attorney Detailee
       United States Attorney's Office
       Northern District of West Virginia
       1125 Chapline St., Suite 3000
       Wheeling, WV 26003
       David.Perri@usdoj.gov
       (304) 234-0100